# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARLONE R. BRUMFIELD

NO. 2019 KW 1414

**MAR 1 3 2020**

---

In Re:    Marlone R. Brumfield, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 567470.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                    JMM
                    MRT
                    WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT